**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RACHELLE KEARNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-0222-MTS |
| | ) | |
| FRANK J. BISIGNANO, *Commissioner of* | ) | |
| *the Social Security Administration*, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Bill of Costs, Doc. [17], as well as Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Doc. [19]. Plaintiff asks to be awarded $9,394.08 for 38.8 hours of attorney work. *Id.* at 3. Defendant has no objection. Doc. [20]. The Court will award Plaintiff expenses in the amount of $9,394.08 to be paid by the Social Security Administration. *See* 28 U.S.C. § 2412(d)(4). This amount is subject to any allowable offset to satisfy any pre-existing debt Plaintiff owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 596 (2010) (explaining that subsection (d)(1)(A) awards are "payable to the prevailing litigant, and thus subject to offset"). If Plaintiff owes no outstanding debt to the United States that can be offset, the amounts are to be paid and sent directly to Plaintiff's attorney. *See* Doc. [19-2]. If Plaintiff owes an outstanding debt to the United States, and such debt is subject to offset, Defendant shall offset the debt and send the remainder (if any) of the award to Plaintiff's attorney.

Plaintiff also seeks reimbursement for her $405 filing fee. Doc. [17]; Doc. [19] at 4. Defendant does not object to this request either. Doc. [20]. The Court will award Plaintiff costs in the amount of $405 to be paid from the Judgment Fund administered by the United States Treasury. *See* 28 U.S.C. § 2412(a)(1); *see also* 28 U.S.C. § 1920. This amount shall also be paid directly to Plaintiff's attorney. *See* Doc. [9-2].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Award of Attorney's Fees is **GRANTED**. EAJA fees and expenses in the amount of $9,394.08 shall be paid by the Social Security Administration in accordance with the EAJA and this Memorandum and Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Bill of Costs, Doc. [17], is **GRANTED.** The Clerk of Court is respectfully directed to tax costs in the amount of $405.00, which shall be paid from the Judgment Fund administered by the United States Treasury.

Dated this 28th day of May 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE